```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7      Federal Courthouse, 14th Floor
        312 North Spring Street
 8      Los Angeles, California 90012
        Telephone:  (213) 894-6528
 9      Facsimile:   (213) 894-7177
        E-mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America                    JS - 6
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>              Plaintiff,          )<br>                                  )<br>         v.                       )<br>                                  )<br> $1,182,527.40 IN BANK FUNDS,     )<br>                                  )<br>              Defendant.          )<br>_____)<br>                                  )<br> TREE IMPORT/EXPORT,              )<br>                                  )<br>              Claimant.           )<br>_____)  | NO.  CV 10-6829 R(AJWx)<br><br>**CONSENT JUDGMENT OF**<br>**FORFEITURE** |

   This action was filed on September 14, 2010.  Notice was given and published in accordance with law.  No statements of interest or answers have been filed, and the time for filing such statements

and answers expired on November 16, 2010.[1] Plaintiff and potential claimant Tree Import/Export, from whom the $1,182,527.40 in bank funds ("defendant funds") was seized, have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant funds other than Tree Import/Export are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $591,263.70 of the defendant funds, plus all interest earned by the government on the full amount of the defendant funds, and no other person or entity shall have any right, title or interest therein. The Department of Treasury is ordered to dispose of said assets in accordance with law.

4. $591,263.70 of the defendant funds, without any interest earned by the government on that amount, shall be paid to claimant Tree Import/Export, and be returned in care of its attorney, Harry J. Liu. Said funds shall be paid to

---

[1] Potential claimant Tree Import/Export was provided a court authorized extension to file its claim and answer until on or before November 30, 2010.

2

|   |   |   |
|---|---|---|
| 1 |    | Tree Import/Export not later than sixty (60) days from |
| 2 |    | the date of the entry of this consent judgment by |
| 3 |    | electronic transfer directly into an account held in the |
| 4 |    | name of Law & Mediation Office of Harry J. Liu Client |
| 5 |    | Trust Account at Chase Bank. |
| 6 | 5. | Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. |
| 14 | 6. | The court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. |

Dated: Nov. 29, 2010

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

1 | **Approved as to form and content:**

2 | Dated:            , 2010        ANDRÉ BIROTTE JR.
                                    United States Attorney
3 |                                 ROBERT E. DUGDALE
                                    Assistant United States Attorney
4 |                                 Chief, Criminal Division
                                    STEVEN R. WELK
5 |                                 Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
6
                                    _____
7 |                                 P. GREG PARHAM
                                    Assistant United States Attorney
8 |                                 Asset Forfeiture Section

9 |                                 Attorneys for Plaintiff
                                    United States of America
10

11 | Dated:            , 2010

12 |                                _____
                                    HARRY J. LIU/ZACHARY TAN
13 |                                Attorneys for Claimant
                                    TREE IMPORT/EXPORT

4